ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
KIMBERLY E. HOPKINS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
kimberly.hopkins@usdoj.gov
Attorneys for Plaintiff

FILED____ LODGED
____ RECEIVED____ COPY

2011 NOV 22 P 3:17

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

ROC/BPV

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Matthew James Galeano,<br><br>　　　　Defendant. | CR 11-4018 TUC<br><br>**I N D I C T M E N T**  VICTIM CASE<br><br>Violations: 18 U.S.C. § 111(a)(1)<br>　　　　　　18 U.S.C. § 111(b)<br>　　　　　　18 U.S.C. § 113(a)(3)<br>　　　　　　18 U.S.C. § 1114<br>　　　　　　18 U.S.C. § 1152<br><br>(Assault on Federal Employee With Use of a Deadly Weapon; Assault with a Dangerous Weapon) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about June 6, 2011, at or near Sells, on the Tohono O'odham Indian Reservation, in the District of Arizona, the defendant, MATTHEW JAMES GALEANO, did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with Tohono O'odham Ki:Ki Association employee, Merlena Smith, an employee of the United States or any agency thereof, as defined by Title 18, United States Code, Section 1114, while said employee was engaged in and on account of the performance of her official duties, through the use of a deadly or dangerous instrument, that is, he pointed a Taurus, .410/45 caliber revolver, bearing serial number DS224676, at Merlena Smith; in violation of Title 18, United States Code, Sections 111(a)(1) and (b), and 1152.

///

## COUNT 2

On or about June 6, 2011, at or near Sells, on the Tohono O'odham Indian Reservation, in the District of Arizona, the defendant, MATTHEW JAMES GALEANO, did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with, Stephen Paul Richardson, who was assisting Tohono O'odham Ki:Ki Association employee, Merlena Smith, an employee of the United States or any agency thereof, while said employee was engaged in and on account of the performance of her official duties, as defined by Title 18, United States Code, Section 1114 through the use of a deadly or dangerous instrument, that is, he pointed a Taurus, .410/45 caliber revolver, bearing serial number DS224676, at Stephen Paul Richardson; in violation of Title 18, United States Code, Sections 111(a)(1) and (b), and 1152.

## COUNT 3

On or about June 6, 2011, at or near Sells, on the Tohono O'odham Indian Reservation, in the District of Arizona, the defendant, MATTHEW JAMES GALEANO, did intentionally assault Merlena Smith, an Indian, with a dangerous weapon, that is, a Taurus, .410/45 caliber revolver, bearing serial number DS224676, with intent to do bodily harm, by pointing the revolver at her in a manner that reasonably caused Merlena Smith to fear immediate bodily harm; in violation of Title 18, United States Code, Sections 113(a)(3) and 1152.

A TRUE BILL

/s/

Presiding Juror

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

/s/

Kimberly E. Hopkins
Assistant U.S. Attorney

NOV 22 2011

REDACTED FOR PUBLIC DISCLOSURE

U.S. v. Galeano, Indictment page 2